IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-655 (RBW) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

The parties, by counsel, submit this joint status report in response to the Court's General Order of June 15, 2016.

This case concerns a June 9, 2015 FOIA request sent by Plaintiff to the Federal Bureau of Investigation ("FBI"), a component of Defendant, seeking information about a deceased individual named Muhammad al-Hanooti.

At this time, Defendant is conducting a search for records responsive to Plaintiff's request and is not yet certain how many responsive records exist or how long it will take to produce those records to Plaintiff. However, it appears likely that more than one production will be necessary. Defendant has informed Plaintiff that it should be able to complete its search and provide to Plaintiff an estimate of the number of responsive records within the next 30 days.

In light of the above, the parties respectfully submit that it is premature at this time to state whether a Vaughn index or dispositive motions will need to be filed, or to propose a schedule for dispositive motions. The parties do not believe an appearance before the Court will be necessary prior to the resolution of any dispositive motions. The parties propose filing an additional status

report on or before July 28, 2016 by which time they hope to submit a more complete schedule for the Court's consideration.

Date: June 28, 2016.

Respectfully submitted,

| | |
|---|---|
| /s/Jason Aldrich<br>JASON B. ALDRICH<br>D.C. Bar No. 495488<br><br>JUDICIAL WATCH, INC.<br>Suite 800<br>425 3rd Street, S.W.<br>Washington, DC 20024<br>Tel.:   (202) 646-5172<br>Fax.:   (202) 646-5199<br>E-mail: jaldrich@judicialwatch.org<br><br>*Attorneys for Plaintiff* | CHANNING D. PHILLIPS,<br>D.C. Bar# 415793<br>United States Attorney for the District of Columbia<br><br>DANIEL F. VAN HORN, Bar# 924092<br>Chief, Civil Division<br><br>By: /s/ Tammy A. Holloway<br>TAMMY A. HOLLOWAY, MD Bar<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>555 4th Street, N.W. – Civil Division<br>Washington, D.C. 20530<br>E-mail: tammy.holloway2@usdoj.gov<br>(202) 252-2633<br><br>*Attorney for Defendant* |