IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE )<br>)<br>Defendant, )<br>) | Civil Case No. 1:16-cv-00655 (RBW) |

JOINT STATUS REPORT

Pursuant to the Minute Order entered by the Court on June 29, 2016, the parties submit this joint status report.

This case concerns a June 9, 2015 Freedom of Information Act ("FOIA") request sent by Plaintiff to the Federal Bureau of Investigation ("FBI"), a component of Defendant Department of Justice. The request seeks records "regarding, concerning or related to a deceased individual name Muhammad al-Honooti." Complaint (ECF Doc. No. 1) ¶ 5.

The Record/Information Dissemination Section ("RIDS") of the FBI's Record Management Division has completed its search for potentially responsive records subject to the FOIA. Based on that search, it has identified a DVD and approximately 5,577 pages of other potentially responsive records. In addition, the FBI has identified an additional file which may contain potentially responsive records in its Alexandria Records Center ("ARC"). RIDS is retrieving the file from the ARC.

The FBI will make its first production of responsive, non-exempt records subject to the FOIA on September 12, 2016, and will make rolling productions every 30 days thereafter until it has completed the production of responsive, non-exempt records. Every production will be

based on the FBI's review of 500 pages of potentially responsive records. The parties will submit another joint status report 120 days after the FBI makes its first production.

Within 20 days after the FBI completes its production of responsive material, non-exempt records, the parties will confer and file a joint status report identifying whether any issues remain in the case and, if so, will propose a briefing schedule for dispositive motions.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7114
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

*Attorneys for Defendant*

/s/Jason B. Aldrich
JASON B. ALDRICH
DC Bar No. 495488
Judicial Watch, Inc.
425 3d Street, S.W.
Washington, D.C. 20024
Tel.:  (202) 646-5172
Fax:  (202) 646-5199
E-mail: jaldrich@judicialwatch.org

*Attorney for Plaintiff*