### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-655 (RBW) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### JOINT STATUS REPORT

The parties, by counsel, hereby submit this joint status report.

This case concerns a June 9, 2015, Freedom of Information Act ("FOIA") request sent by Plaintiff to the Federal Bureau of Investigation ("FBI"), a component of Defendant, seeking information about a deceased individual named Muhammad al-Hanooti.

As explained in the parties' prior status report, Defendant made its thirteenth and final production of records to Plaintiff on May 18, 2018. *See* ECF No. 15. The productions consist of approximately 1,400 pages of records released in full or in part, and numerous additional pages that are being withheld in full pursuant to various FOIA exemptions. Since the last status report on August 15, 2018, the parties have continued their discussions and can now report that number of documents in dispute has been reduced to 28 records consisting of approximately 45 pages. The parties believe that further discussions may help reduce this number further, and therefore respectfully submit that it is premature at this time to submit a briefing schedule. The parties further propose submitting an additional status report on or before October 5, 2018 to

1

further apprise the Court of the status of their negotiations and to propose a briefing schedule to resolve the issues in dispute.

Date: September 12, 2018.

Respectfully submitted,

| | |
|---|---|
| /s/Jason Aldrich<br>JASON B. ALDRICH<br>D.C. Bar No. 495488<br><br>JUDICIAL WATCH, INC.<br>Suite 800<br>425 3rd Street, S.W.<br>Washington, DC 20024<br>Tel.:   (202) 646-5172<br>Fax.:   (202) 646-5199<br>E-mail: jaldrich@judicialwatch.org<br><br>*Attorneys for Plaintiff* | JESSIE K. LUI,<br>United States Attorney<br><br>DANIEL F. VAN HORN, Bar# 924092<br>Chief, Civil Division<br><br>By: /s/ Marcia Kay Sowles<br>MARCIA KAY SOWLES<br>U.S. Department of Justice<br>Civil Division<br>20 Massachusetts Ave., NW<br>Room 7114<br>Washington, D.C. 20530<br>(202) 514-4960<br>Fax: (202) 616-8470<br>E-mail: marcia.sowles@usdoj.gov<br><br>*Attorney for Defendant* |