# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,            ) | |
| )  | |
| Plaintiff,            ) | |
| )  | |
| vs.            ) | Civil Action No. 16-655 (RBW) |
| )  | |
| UNITED STATES DEPARTMENT            ) | |
| OF JUSTICE,            ) | |
| )  | |
| Defendant.            ) | |
| _____) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc., and Defendant United States Department of Justice hereby stipulate to the dismissal of this action, with prejudice, and with each side bearing its own fees and costs.

Date: October 12, 2018.

Respectfully submitted,

/s/Jason Aldrich
JASON B. ALDRICH
D.C. Bar No. 495488

JUDICIAL WATCH, INC.
Suite 800
425 3rd Street, S.W.
Washington, DC 20024
Tel.: (202) 646-5172
Fax.: (202) 646-5199
E-mail: jaldrich@judicialwatch.org

*Attorneys for Plaintiff*

JESSIE K. LUI
United States Attorney

DANIEL F. VAN HORN, Bar# 924092
Chief, Civil Division

By: /s/ Marcia Kay Sowles
MARCIA KAY SOWLES
U.S. Department of Justice
Civil Division
1100 L Street, NW
Room 11028
Washington, DC 20005
Tel: (202) 514-4960
Fax: (202) 616-8470
E-mail: marcia.sowles@usdoj.gov

*Attorneys for Defendant*